THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Christy Lanisha Harrison,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-027
Submitted October 15, 2003  Filed January 
 16, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Edgar Lewis Clements, III, of Florence, for 
 Respondent.
 
 
 

PER CURIAM:  Appellant Harrison pled guilty 
 to distribution of crack cocaine.  The trial court sentenced her to twelve years 
 imprisonment.  Harrisons counsel attached to the final brief a petition to 
 be relieved as counsel stating she had reviewed the record and concluded the 
 appeal lacked merit.  Harrison did not file a pro se response.  We dismiss 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be 
 relieved is granted.
APPEAL DISMISSED
HUFF, STILWELL, and BEATTY, JJ., concur.